UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

                    Plaintiff,

   -against-

STEVEN E. GINSBERG,

                    Defendant.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/09

09 Civ. 7364 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today with all parties appearing by counsel, IT IS HEREBY ORDERED that the next pretrial conference is set for January 22, 2010 at 10 am in Courtroom 23A.

Dated: New York, New York
         December 22, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.